IN THE UNITED STATES DISTRICT COURT THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ALESSANDRA MONTEIRO<br>4414 Gage Road<br>Alexandria, VA 22309<br><br>    Plaintiff<br><br>v.<br><br>PERFECT SETTINGS, LLC<br>Serve Registered Agent<br>Rock Registry Ltd<br>5205 Wisconsin Avenue, N.W.<br>Washington, DC 20015<br><br>and<br><br>OCCASIONS CATERERS, INC.<br>Serve Registered Agent<br>Mark C. Michael<br>5600 33rd Street, N.W.<br>Washington, D.C. 20015<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Miscellaneous Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANT'S MOTION TO OPEN A MISCELLANEOUS ACTION**

COMES NOW the defendant, Perfect Settings, LLC, by and through counsel of record, Law Office of Sanford Friedman, LLC, and pursuant to 36 C.F.R. 703(b) hereby moves this court to open a miscellaneous case. As grounds for this motion, the defendant states that this matter is currently pending before the Superior Court of the District of Columbia, with Civil Action No. 2013-CA 002421 B, and that the defendant seeks to open a miscellaneous action for the purpose of subpoenaing certain employees of the Library of Congress who witnessed or have knowledge of, the events giving rise to this action. As further grounds for this motion, the defendant states that the parties in the underlying civil action consent to this motion. The

Library of Congress, however, objects to producing any Library of Congress employees for deposition.

This case involves a table that allegedly fell onto the plaintiff in this matter a former Library of Congress employee who is alleging a traumatic brain injury that is permanent and has rendered her unemployable permanently. There were a number of alleged witnesses to the actual event and the subsequent care of the plaintiff. A number of those alleged witnesses are Library of Congress employees.

In an attempt to ascertain the facts of this case, counsel for the defendant contacted the general counsel for the Library of Congress, and specifically, Christopher Greenman, Esq. Counsel for the Library of Congress does not consent to producing the Library of Congress employees for deposition citing 36 C.F.R. 703 Subpart B (requiring employees of the Library of Congress to be subpoenaed). Counsel further indicated that the Library of Congress would not recognize any subpoenas issued from the Superior Court of the District of Columbia and would only recognize a subpoena from Federal Court of Competent Jurisdiction. Accordingly, defendant seeks to open a Miscellaneous Action for the purpose of subpoenaing the Library of Congress employees. In support of this motion, the defendant incorporates the attached Memorandum of Points and Authorities.

Respectfully submitted,

_/s/_

_____
Sanford A. Friedman, Esq., #412405
1050 17th Street, N.W., Suite 400
Washington, D.C. 20036
(202) 331 - 1060
Counsel for Defendant

## Certification of Service

I HEREBY CERTIFY that a copy of the foregoing was served, this 5th Day of June, 2014 on:

Jerry D. Spitz, Esq.
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, DC 20036

Christopher Costabile, Esq.
10555 Main St Ste 400
Fairfax, VA 22030

Chris Greenman, Esq.
101 Independence Avenue, S.E.
LM601
Washington, DC 20540

_____
Sanford A. Friedman, Esq.

IN THE UNITED STATES DISTRICT COURT THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ALESSANDRA MONTEIRO<br>4414 Gage Road<br>Alexandria, VA 22309<br><br>    Plaintiff<br><br>v.<br><br>PERFECT SETTINGS, LLC<br>Serve Registered Agent<br>Rock Registry Ltd<br>5205 Wisconsin Avenue, N.W.<br>Washington, DC  20015<br><br>and<br><br>OCCASIONS CATERERS, INC.<br>Serve Registered Agent<br>Mark C. Michael<br>5600 33rd Street, N.W.<br>Washington, D.C. 20015<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Miscellaneous Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. This action involves an accident in an elevator at the Library of Congress where a table is alleged to have fallen on the plaintiff, an employee of the Library of Congress, resulting in a traumatic brain injury and other significant injuries, rendering the plaintiff permanently unemployable and disabled. The plaintiff has received worker's compensation benefits as a result of this incident, and upon information and belief, there is a lien on any recovery in the Superior Court Civil action for the worker's compensation benefits paid.

2. On August 28, 2013 the Plaintiff served the defendant with answers to interrogatories

in the underlying civil action. Where asked to "[n]ame the eyewitnesses to all or part of the occurrence[,]" the plaintiff gave the names of Rodolfo Ozorio, Joel Hanks, and Jest Cunningham. All three of these witnesses are employees of the Library of Congress.

3. The Plaintiff also gave the name of Jennifer Altimus as someone who "attended to [the] Plaintiff after the incident." It is also believed that Ms. Altimus is an employee of the Library of Congress as the plaintiff has listed Ms. Altimus as her "supervisor."

4. Counsel for the defendant contacted general counsel for the Library of Congress to arrange depositions for the employees.

5. At that time, general counsel indicated that the Library of Congress would not consent to producing the employees for deposition citing 36 C.F.R. 703 Subpart B. Subpart B requires that employees of the Library of Congress be served with a subpoena. Counsel further indicated that the Library of Congress would object to producing these witnesses, even if subpoenaed.

6. Counsel also indicated that the Library of Congress would not recognize any subpoenas issued by the District of Columbia Superior Court.

7. The Library of Congress employees who were either witnesses to this incident or otherwise responded to the scene are critical witnesses as to both liability and damages in this matter. Accordingly, the defendant seeks to open a miscellaneous case so the necessary witnesses may be subpoenaed and properly deposed.

WHEREFORE, it is respectfully requested, that the defendants' Motion to Open a Miscellaneous Case be GRANTED.

>                               Respectfully submitted,
>
>                               _____
>                               Sanford A. Friedman, Esq., #412405
>                               1050 17th Street, N.W., Suite 400
>                               Washington, D.C. 20036
>                               (202) 331 - 1060
>                               Counsel for Defendant

## Certification of Service

  I HEREBY CERTIFY that a copy of the foregoing was served via e-mail and first class mail, postage prepaid, this 5th Day of June, 2014 on:

Jerry D. Spitz, Esq.
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, DC  20036

Christopher Costabile, Esq.
10555 Main St Ste 400
Fairfax, VA 22030

Chris Greenman, Esq.
101 Independence Avenue, S.E.
LM601
Washington, DC  20540

              _____
              Sanford A. Friedman, Esq.

IN THE UNITED STATES DISTRICT COURT THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ALESSANDRA MONTEIRO<br>4414 Gage Road<br>Alexandria, VA 22309<br><br>     Plaintiff<br><br>v.<br><br>PERFECT SETTINGS, LLC<br>Serve Registered Agent<br>Rock Registry Ltd<br>5205 Wisconsin Avenue, N.W.<br>Washington, DC 20015<br><br>and<br><br>OCCASIONS CATERERS, INC.<br>Serve Registered Agent<br>Mark C. Michael<br>5600 33rd Street, N.W.<br>Washington, D.C. 20015<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Miscellaneous Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

UPON CONSIDERATION of the Motion to Open a Miscellaneous Case, it is hereby this

____ day of _____, 2014,

ORDERED, that the motion be GRANTED.

_____
                                                                                             JUDGE

Copies to:

Jerry D. Spitz, Esq.
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400

8

Washington, DC 20036

Christopher Costabile, Esq.
10555 Main St Ste 400
Fairfax, VA 22030

Chris Greenman, Esq.
101 Independence Avenue, S.E.
LM601
Washington, DC 20540

Sanford A. Friedman, Esq.
1050 17th Street, NW, Suite 400
Washington, DC 20036